IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR76 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMIE WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on the 31st day of July, 2013, for a final dispositional hearing on the petition for warrant for offender under supervision (Filing No. 2). Plaintiff was represented by Thomas J. Kangior and defendant appeared with David M. O'Neill. The defendant admitted Allegation 1 of the report, and the defendant was found to be in violation of the terms of her supervised release. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is revoked and the defendant shall be remanded to the custody of the Bureau of Prisons to be imprisoned for a term of twelve (12) months. Six months of the sentence will run concurrently to the sentence imposed in 8:12CR307.

2) Upon completion of imprisonment, no further term of supervised release will be imposed.

3) Allegations 2, 3 and 4 of the petition for offender under supervision are dismissed.

DATED this 31st day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom

------------------------------
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

                                           _____
                                           Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

                                           UNITED STATES WARDEN

                                           By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

                                           UNITED STATES WARDEN

                                           By: _____